### No. 964

TONEFF v. STATE

No. 20066. Supreme Court

On stay of execution and motion to file petition in error. Dock. Aug. 22, 1926; 4 Abs. 590.

480. EVIDENCE—Are utterances made by a co-conspirator to a witness who came upon him suddenly, admissible on the ground that such are in furtherance of the conspiracy?

Toneff contends in the Supreme Court that where a witness suddenly coming upon a co-conspirator, while latter is operating a still, declarations made concerning the operations

and ownership of the still are not admissible in evidence.

Attorneys—Stahl & Price, Toledo, for Toneff; Don. Bell, Pros. Atty, Port Clinton, for State.